IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DENNIS GREY LEWIS,

    Plaintiff,

v.

KATHLEEN SEBELIUS,
Secretary of Health and
Human Services,

    Defendant.

No. 1:12-cv-01841-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#40) and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections (#43), Defendant filed a response to Plaintiff's

1 - ORDER

objections (#44), and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#40). Defendant's Motion for Summary Judgment (#31) is GRANTED.

IT IS SO ORDERED.

DATED this __15__ day of October, 2013.

*[signature]*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER